UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOHNNY LEE NEWSOME, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIPS NORTH AMERICA, LLC, et al.,<br><br>Defendants. | Case No. 4:22-cv-04101-HSG<br><br>**ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION TO ADVANCE HEARING DATE ON PLAINTIFFS' MOTION FOR REMAND**<br><br>Dept.:  Courtroom 2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs' Ex Parte Application for an Order Advancing the Hearing Date on Plaintiffs' Motion for Remand has been presented and duly considered, and good cause appearing, the Court hereby orders as follows:

Plaintiffs' Ex Parte Application for an Order Advancing the Hearing Date on Plaintiffs' Motion for Remand is GRANTED.  Plaintiffs' Motion for Remand is set for hearing on September 1, 2022, at 2:00 pm [or]

, in Courtroom 2 – 4th Floor of the above-entitled Court. The briefing schedule is unchanged and shall proceed under Civil L.R. 7-2 and 7-3.

It is further ordered:

Dated: 8/9/2022

**DENIED**
Judge Haywood S. Gilliam Jr.

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge